IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
MARTHA KESLER,            *
                          *
     Plaintiff,           *
                          *
     v.                   *    CV 116-191
                          *
TAKATA CORP. et al.,      *
                          *
     Defendants.          *
```

**O R D E R**

Before the Court entered a scheduling order in the present case, this action was stayed because the matter had been conditionally transferred to ongoing multidistrict litigation ("MDL") in the Southern District of Florida. (See Docs. 10, 11.) On October 4, 2018, the MDL panel remanded the case to this Court. (Doc. 15.) Consistent with the remand, the Clerk shall **REOPEN** the case. The Clerk shall also attach the standard "Rule 26(f) Report" to this Order. The Parties **SHALL** conduct a Rule 26(f) conference within **TWENTY-ONE DAYS** of the date of this Order and file a joint 26(f) Report within **SEVEN DAYS** of the date of the conference. Upon receipt of the 26(f) Report, the Magistrate Judge **SHALL** develop a scheduling order.

**ORDER ENTERED** at Augusta, Georgia this 16th day of October, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA